UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TALMUS R. TAYLOR<br><br>Defendant. | CRIMINAL NO. 05CR 10067 PBS<br><br>Violations: 26 U.S.C. § 7206(2) (Aiding and Assisting in the Preparation of False Tax Returns) |

### INDICTMENT

The Grand Jury charges:

1. That on or about the dates hereinafter set forth, in the District of Massachusetts, the defendant, TALMUS R. TAYLOR, a resident of Boston, Massachusetts, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers and calendar years hereinafter specified, which were false and fraudulent as to material matters, in that they represented that the said taxpayers were entitled under the provisions of the Internal Revenue laws to claim deductions for items and in amounts hereinafter specified, whereas, as the defendant then and there well knew and believed, the said taxpayers were not entitled to claim deductions in said amounts, but of lesser amounts.

### COUNTS ONE through SIXTEEN

**(Aiding and Assisting in the Preparation of False Tax Returns: 26 U.S.C. § 7206(2))**

2. The Grand Jury re-alleges and incorporates by reference paragraph 1 of this Indictment as though fully set forth therein:

| Count | Date of Offense | Taxpayer | Calendar Tax Year | False Deduction for Non-Cash Charitable Contributions (Sch. A, line 16) |
|---|---|---|---|---|
| 1 | 3/14/00 | Gregory Alves | 1999 | $15,210.00 |
| 2 | 3/17/00 | Sylvia Davis-Castro | 1999 | $13,658.00 |
| 3 | 3/14/01 | Sylvia Davis-Castro | 2000 | $13,897.00 |
| 4 | 3/5/00 | Berta David | 1999 | $9,897.00 |
| 5 | 4/11/01 | Phuong Duong | 2000 | $9,926.00 |
| 6 | 4/15/99 | Brenda Fergus | 1998 | $16,154.00 |
| 7 | 3/8/00 | Brenda Fergus | 1999 | $9,917.00 |
| 8 | 3/24/01 | Brenda Fergus | 2000 | $15,642.00 |
| 9 | 4/11/01 | Gregory/Sheryl Fernandes | 2000 | $13,347.00 |
| 10 | 6/10/00 | Craig Robinson | 1998 | $12,596.00 |
| 11 | 6/10/00 | Craig Robinson | 1999 | $12,938.00 |
| 12 | 10/1/01 | Craig Robinson | 2000 | $13,647.00 |
| 13 | 2/19/00 | Phyllis Rogers | 1999 | $11,584.00 |
| 14 | 5/30/01 | Phyllis Rogers | 2000 | $14,289.00 |
| 15 | 6/25/99 | Dianne Thornton | 1998 | $16,108.00 |
| 16 | 6/10/00 | Dianne Thornton | 1999 | $15,264.00 |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

*[signature: Roger Allen]*
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS   March 17, 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK
3/17/05 @ 3:25pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05CR 10067 PBS**

**Criminal Case Cover Sheet** — U.S. District Court - District of Massachusetts

Place of Offense: _____  Category No. II  Investigating Agency  IRS

City  Andover

County  Essex

Related Case Information:
Superseding Ind./ Inf.  No    Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Talmus R. Taylor    Juvenile  [ ] Yes  [x] No

Alias Name _____

Address  35 Northampton Street, Apt. #2406, Boston, MA

Birth date (Year only): 1957  SSN (last 4 #): 8629  Sex  M  Race:  B  Nationality:  US

Defense Counsel if known:  Janet Sesnovich    Address: 132 Central Street, P.O. Box 439, Foxboro, MA 02035

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Michael J. Pineault    Bar Number if applicable _____

Interpreter:  [ ] Yes  [x] No    List language and/or dialect: _____

Matter to be SEALED:  [ ] Yes  [x] No

[ ] Warrant Requested    [x] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document:  [ ] Complaint  [ ] Information  [x] Indictment

Total # of Counts:  [ ] Petty _____  [ ] Misdemeanor _____  [x] Felony  16

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 17, 2005    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Talmus R. Taylor

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 U.S.C. §7206(2) | Aiding and Assisting in the Preparation of False Tax Returns | 1-16 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**