UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States of America

v.

Talmus Taylor

MOTION FOR TEMPORARY
MODIFICATION OF
CONDITIONS OF RELEASE

Case Number: CR05-10067-PBS

    Now comes the Defendant Talmus Taylor and request that this Honorable Court modify his conditions of Pre-trial Release to allow him to travel outside of Massachusetts to the following locations on the dates specified. Said travel plans were already in place prior to his arraignment.

1. May 26, 2005 to Acworth, Georgia, for a pre-planned visit with friends and returning on May 30, 2005. The Defendant will be staying with Jeralyn Grant, 4804 Estuary Lane. The phone number is 678-574-6516.

2. June 10, 2005 for a family function in Rye, NY and returning on June 12, 2005. The Defendant will be staying at the Courtyard Marriott, 631 Ridland Avenue, Rye, NY 10580. The phone number is 914-921-1110.

    Mr. David A. Picozzi case supervisor has been notified of said plans and assents to the within motion. Defendant further agrees to provide any additional information as requested by this Honorable Court, the Probation Department and the Assistant U.S. Attorney, Michael J. Pineault.

Date: May 12, 2005

Respectfully Submitted
The Defendant
By his Attorney

**Janet Sesnovich**
132 Central Street Suite 208
P.O. Box 439
Foxborough, MA 02035
(508) 543-3000
BBO #452120