AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

## APPEARANCE

Case Number: 1:05 cr 10067

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Talmus Taylor

I certify that I am admitted to practice in this court.

4/27/05
Date

Signature

JANET SESNOVICH       452120
Print Name                                    Bar Number

132 Central St  #202
Address

Foxboro                            MA          02035
City                          State                    Zip Code

508-543-3000            508-543-7257
Phone Number                          Fax Number

FILED
In Open Court
USDC, Mass
Date 4/27/05
By [signature]