UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                             )
UNITED STATES OF AMERICA     )
                             )
v.                           )   CRIMINAL NO.  05-10067-PBS
                             )
TALMUS R. TAYLOR             )
                             )
_____)
```

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant Talmus R. Taylor.

I certify that I am admitted to practice in this court.

Dated: May 31, 2005

Bruce T. Macdonald
BBO #310400
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139
Tel.  (617) 354-1711
Fax  (617) 354-5749

## CERTIFICATE OF SERVICE

    I, Bruce T. Macdonald, hereby certify that I served a copy of Notice of Appearance on all counsel by delivering same to: Michael J. Pineault, Esq., U.S. Attorney's Office, John Joseph Moakley U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210; and by faxing a copy (508-543-7251), and mailing a copy to: Janet Sesnovich, Esq., 132 Central Street, P.O. Box 439, Foxboro, MA 02035, on May 31, 2005.


Dated: May 31, 2005

_____
Bruce T. Macdonald