UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br>)<br>VS. )<br>)<br>TALMUS R. TAYLOR )<br>Defendant ) | CRIMINAL NO. 05-10067-PBS |

NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record:

Enter my withdrawal as counsel in this case for Defendant Talmus R. Taylor.

Dated: June 2, 2005

Janet Sesnovich
132 Central Street, Suite 208
P.O. Box 439
Foxborough, MA 02035
(508) 543-3000
BBO #452120

UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff )<br>         )<br>VS. )<br>         )<br>TALMUS R. TAYLOR )<br>      Defendant ) | CRIMINAL NO. 05-10067-PBS |

**CERTIFICATE OF SERVICE**

    I, Janet Sesnovich, hereby certify that I served a copy of Notice of Withdrawal on all counsel by mail to Michael J. Pineault, Esq., U.S. Attorney's Office, John Joseph Moakley U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210; and by faxing a copy (617) 354-5749 and mailing a copy to Bruce T. MacDonald, 678 Massachusetts Avenue, Suite 901, Cambridge, MA 02139.

Dated: June 2, 2005

                                            **Janet Sesnovich**
                                            132 Central Street, Suite 208
                                            P.O. Box 439
                                            Foxborough, MA 02035
                                            (508) 543-3000
                                            BBO #452120