UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TALMUS R. TAYLOR )<br>) | CRIMINAL NO. 05-10067-PBS |

### DEFENDANT'S MOTION TO CONTINUE INITIAL STATUS CONFERENCE

The defendant in the above-entitled matter moves that the Initial Status Conference, scheduled for June 2, 2005, be continued to June 15, 2005.

As reason therefore defendant says that he has retained new counsel, who filed a Notice of Appearance on May 31, 2005, and who has not yet received defendant's file from his previous attorney, and has otherwise not been able to adequately prepare for the conference.

Defendant agrees that the period of this continuance is excludable under the Speedy Trial Act.

Dated: June 1, 2005

By his attorney,

/s/ Bruce T. Macdonald
Bruce T. Macdonald
BBO #310400
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139
(617) 354-1711

Assented to:

/s/ Michael J. Pineault
Michael J. Pineault
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    I, Bruce T. Macdonald, hereby certify that I served a copy of Notice of Appearance on all counsel by delivering same to: Michael J. Pineault, Esq., U.S. Attorney's Office, John Joseph Moakley U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210; and by faxing a copy (508-543-7251), and mailing a copy to: Janet Sesnovich, Esq., 132 Central Street, P.O. Box 439, Foxboro, MA 02035, on May 31, 2005.

Dated: May 31, 2005

                                                       Bruce T. Macdonald