UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                        CRIMINAL CASE
V.                                    NO. 05-10067 PBS

TALMUS TAYLOR
        Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On June 15, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. Supplemental discovery anticipated includes the defendant's IRS case files;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government no later than sixty (60) days before trial and the defendant will provide expert discovery no later than thirty (30) days before trial;

5. The applicable periods of excludable delay under the Speedy Trial Act include: April 27, 2005, through May 25, 2005 (28 days) and June 2, 2005, through June 15, 2005 (13 days), for a total of one forty-one (41) days as of June 15, 2005. The parties made oral motion to exclude the time period of June 15, 2005, through July 26, 2005 (41 days). The Court directs the parties to file a written joint motion for the applicable periods of excludable delay. The time period of May 25, 2005, through June 2, 2005 (7 days), has not been excluded. The parties have stated that the total amount of time to proceed to trial is sixty-three (63) days as of June 15, 2005;

6. Trial is necessary. The estimated duration of said trial would be seven (7) to ten (10) days;

7.  There are no other matters.

      IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. The defendant shall file any and all dispositive motions by July 5, 2005, with the government's response due July 15, 2005. An **Interim Status Conference** is scheduled at **3:00 p.m.** on **July 26, 2005,** in Courtroom 24, 7th floor.

      HONORABLE JOYCE LONDON ALEXANDER
      U.S. MAGISTRATE JUDGE

      By the Court:

June 30, 2005        /S/ Rex Brown
Date        Courtroom Clerk
       (617) 748-9238