UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10067-PAS

UNITED STATES OF AMERICA

v.

TALMUS TAYLOR

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On 09/13/05, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. Features of case that deserve special attention or modification of the standard schedule

NONE

2. (a) Discovery status and pending motions

There are no pending motions. The government has completed production of all discovery materials known to government counsel.

(b) If discovery is not complete, indicate if case will remain with the Magistrate Judge until discovery is complete

N/A

3. Supplemental discovery anticipated

NONE

4. (a) Total amount of time ordered excluded under the Speedy Trial Act  130 days have been excluded to date.

1

(b) Amount of time remaining under the Speedy Trial Act before trial must commence   63

(c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act
        NONE

5. (a) The defendant does / does not intend to raise a defense of insanity.
   (b) The defendant does / does not intend to raise a defense of public authority.

6. The Government has / has not requested notice of alibi by the defendant. If notice has been requested, the defendant has / has not timely responded.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial

        None anticipated

(b) Briefing schedule established   N/A

8. Need for schedule concerning any matter in the case other than trial   NONE

9. Possibility of early resolution of case without trial   Uncertain, at present.

10. Trial is / is not necessary. Estimated duration of trial
                                                    7 - 10 Days

11. Other matters       None at present.

2

IT IS HEREBY ORDERED THAT

_____
_____
_____
_____
_____
_____
_____
_____

By the Court,

Date_____        _____
                             Deputy Clerk