UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        CRIMINAL ACTION
        NO.   05-10067-PBS

v.

TALMUS R. TAYLOR

## NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                       September 14, 2005

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **September 21, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel