UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10067-PBS |
| | ) | |
| TALMUS R. TAYLOR | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance for the United States in the above captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ John A. Capin
     _____
     JOHN A. CAPIN
     Assistant U.S. Attorney