UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
     v.                             )     CRIMINAL NO. 05-10067-PBS
                                    )
TALMUS R. TAYLOR                    )
                                    )
          Defendant                 )
_____)

**JOINT MOTION TO CONTINUE TRIAL FOR APPROXIMATELY 60 DAYS AND TO EXCLUDE PERIOD OF CONTINUANCE UNDER SPEEDY TRIAL ACT**

The United States and the defendant, Talmus R. Taylor, hereby move the Court to continue trial of this action, which is currently scheduled to commence on January 3, 2006, for approximately 60 days and to exclude the period of the continuance from the period within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. The grounds, for this motion are twofold. First, the defendant, who is not in custody, may wish to resolve this action by change of plea, but requires additional time to review the great volume of documents provided by the government before he will be prepared to engage in plea negotiations. Second, it is the understanding of the parties that, beginning on January 9, 2006, the Court will be engaged in the trial of United States v. Monteiro, et al., Criminal No. 03-10329-PBS, a multi-defendant criminal case involving defendants in custody. The parties anticipate that they will be unable to complete the trial of this case before January 9. Given that it appears likely that a continuance will be required in light of the Court's other trial obligations, it is in interest of the parties and of efficiency to establish a new trial date now, before the parties have subpoenaed witnesses and begun to prepare for trial in earnest.

Because the delay resulting from the requested extension of time would – by permitting

the defendant sufficient time to review documents and determine whether to proceed to trial –

serve the ends of justice and outweigh the best interest of the public and defendant in a speedy

trial, the period of the delay is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

| | |
|---|---|
| TALMUS R. TAYLOR | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | |
| /s/ Bruce T. Macdonald | By:   /s/ John A. Capin |
| _____ | _____ |
| Bruce T. Macdonald | JOHN A. CAPIN |
| (617) 354-1711 | Assistant U.S. Attorney |
| | (617) 748-3264 |