UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
            v.                          )      CRIMINAL NO. 05-10067-PBS
                                        )
TALMUS R. TAYLOR                        )
_____)


DEFENDANT'S MOTION TO CONTINUE TRIAL AND TO
EXCLUDE PERIOD OF CONTINUANCE UNDER SPEEDY TRIAL ACT


        Now comes defendant Talmus R. Taylor and respectfully moves the Court to continue

trial of this action, which is currently scheduled to commence on March 6, 2006, for an

additional period of approximately 45 days and to exclude the period of the continuance from the

period within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq.

        As reason for this request defendant says his attorney, who is a member of the Treatment

Research Subcommittee of the National Institute on Drug Abuse (NIDA), has a previously

scheduled two-day meeting of the Subcommittee in Washington, D.C. on March 7-8.  This

Subcommittee reviews grant applications submitted to the National Institutes of Health (NIH),

makes recommendations on these applications to the appropriate NIH advisory council, and

surveys the status of research in their fields of science.  Defendant's attorney serves on this

Subcommittee, by appointment of the Director of NIDA, as a public reviewer along with

fourteen drug abuse researchers from around the country.  The Subcommittee meets three times a

year.

        As further reason for the requested continuance, defendant says that his attorney is still in

the process of reviewing a substantial amount of discovery provided by the government, has held

an initial meeting with AUSA Capin on January 13, 2006, to discuss the respective positions of the parties, and that additional time would be beneficial to determine whether this case will be resolved by a plea or go to trial.

The government assents to this motion. However, government counsel is currently unavailable – due to his trial schedule and other scheduled matters – the week of March 27, 2006 and from April 24, 2006 through May 12, 2006.


Dated: January 24, 2006                                        Respectfully submitted,

                                                               TALMUS R. TAYLOR

                                                               By his attorney,


                                                               _____
                                                               /s/ Bruce T. Macdonald
                                                               (617) 354-1711


Assented to:


MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ John A. Capin


_____
JOHN A. CAPIN
Assistant U.S. Attorney
(617) 748-3264