UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                              CRIMINAL ACTION
                              NO.   05-10067-PBS

    v.

TALMUS TAYLOR

## NOTICE OF RESCHEDULED STATUS HEARING

SARIS, U.S.D.J.                                                                                      February 1, 2006

      At the request of counsel, the Status Hearing previously scheduled for February 14, 2006, has been **rescheduled** to **February 2, 2006, at 3:30 p.m.**

                                                                    By the Court,

                                                                    _/s/ Robert C. Alba__
                                                                    Deputy Clerk

Copies to:  All Counsel

resched.ntc