UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>UNITED STATES OF AMERICA</u> ,

                                  CRIMINAL ACTION
                                  NO. <u>05-10067-PBS</u>

     v.

<u>TALMUS TAYLOR</u>,

        Defendant.

**<u>PRETRIAL ORDER</u>**

SARIS, D.J.                                         February 3, 2006

     The above action has been set down for JURY TRIAL on <u>3/13/06</u>, at <u>9:00</u> a.m.

     A FINAL PRETRIAL CONFERENCE has been scheduled for <u>2/28/06</u>, at <u>2:00 p.m</u>.

     By <u>2/13/06</u>, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1].

     By <u>2/27/06</u>, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits.

     Pretrial memoranda shall be filed/served by <u>3/7/06</u>.

                                             By the Court,

                                           /s/ Robert C. Alba
                                           Deputy Clerk

---

[1] Exhibits shall be premarked using <u>one</u> continuous set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if the government's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc.... The government and defense counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.