UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 05-10067-PBS |
| TALMUS R. TAYLOR | ) ) ) | |

DEFENDANT'S MOTION IN LIMINE

The defendant moves, in limine, that the court exclude the following evidence should it be offered by the Government at trial:

1. Any evidence of actions of defendant in claiming deductions for charitable contributions that are not set forth in the column "False Deduction for Non-Cash Charitable Contributions (Sch. A, line 16)" in the indictment. As reason therefore, defendant says that said evidence is not relevant, amounts to evidence of other crimes, wrongs or acts of the defendant and that, if the evidence is deemed relevant, its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury. Fed.R.Evid. 401, 403, 404.

2. Any evidence of actions of defendant in claiming deductions relative to taxpayers not named in the indictment. As reason therefore, defendant says that said evidence is not relevant, amounts to evidence of other crimes, wrongs or acts of the defendant and that, if the evidence is deemed relevant, its probative value is substantially

outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury. Fed.R.Evid. 401, 403, 404.

3. Any evidence of deductions claimed by taxpayers named in the indictment where Grand Jury testimony has not been provided to defendant relating to said deductions. As reason therefore, defendant says that he has been provided only with transcripts of Grand Jury testimony of four (4) taxpayers named in the indictment: Sheryl Fernandes, Dianne Thornton, Gregory Alves, and Brenda Fergus, and had not been provided any other Grand Jury testimony tending to establish illegal deductions for taxpayers Sylvia Davis-Castro, Berta David, Phuong Duong, Craig Robinson and Phyllis Rogers.

Dated: February 13, 2006                                    Respectfully submitted,

                                                            TALMUS R. TAYLOR

                                                            By his attorney,

                                                            /s/ _____
                                                            Bruce T. Macdonald
                                                            678 Massachusetts Avenue
                                                            Suite 901
                                                            Cambridge, MA 02139
                                                            (617) 354-1711
                                                            BBO #310400