UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
UNITED STATES OF AMERICA                         )
                                                )
            v.                                   )        CRIMINAL NO. 05-10067-PBS
                                                )
TALMUS R. TAYLOR                                 )
                                                )
                    Defendant                    )
_____)

## GOVERNMENT'S WITNESS LIST

The United States of America hereby submits, in alphabetic order, a list of witnesses who may be called to testify at trial during the government's case-in-chief. The government reserves the right to amend or supplement this list of its potential witnesses.

1. Gregory Alves, Salem, Massachusetts

2. Linda Carter-Griffith, Andover, Massachusetts

3. Special Agent Kenneth Clark, IRS, Stoneham, Massachusetts

4. Karen Clemons, Framingham, Massachusetts

5. Berta David, Hyde Park, Massachusetts

6. Sylvia Davis-Castro, South Easton, Massachusetts

7. Special Agent Jessica Crocker, IRS, Stoneham, Massachusetts

8. Adam Dossas, Boston, Massachusetts

9. Phuong Duong, Dorchester, Massachusetts

10. Brenda Fergus, Dorchester, Massachusetts

11. Gregory Fernandes, Dorchester, Massachusetts

12. Sheryl Fernandes, Dorchester, Massachusetts

11.     Mary Gilmore, Randolph, Massachusetts

12.     Christine Imani, Canterbury, Connecticut

13.     Keeper of Records, IRS, Andover, Massachusetts

14.     Revenue Agent Michael Pleshaw, IRS, Boston, Massachusetts

15.     Craig Robinson, Andover, Massachusetts

16.     Phyllis Rogers, Flower Mound, Texas

17.     Cristiana Santos, Roxbury, Massachusetts

18.     Cristiano Santos, Roxbury, Massachusetts

19.     Dianne Thornton, Braintree, Massachusetts

20.     Trung Vo, Lexington, Massachusetts

21.     Adele Williams Dorchester, Massachusetts

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:     /s/ John A. Capin
                            _____
                            JOHN A. CAPIN
                            Assistant U.S. Attorney

Dated:          February 13, 2006