UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        )
UNITED STATES OF AMERICA     )
                                                        )
        v.                      )    CRIMINAL NO. 05-10067-PBS
                                                        )
TALMUS R. TAYLOR                )
                                                        )
        Defendant           )
_____)

GOVERNMENT'S EXHIBIT LIST

1. Gregory Alves's 1999 Form 1040

2. Gregory Alves's 2000 Form 1040

3. Gregory Alves's 2001 Form 1040

4. Gregory Alves's 1998 Form 1040

5. Copy of Gregory Alves's check register reflecting payment to defendant on 3/21/00

6. Brenda Fergus's 1998 Form 1040

7. Documentation of Brenda Fergus's 1998 charitable contributions

8. Brenda Fergus's 1999 Form 1040

9. Brenda Fergus's 2000 Form 1040

10. Documentation of Brenda Fergus's 2000 charitable contributions

11. Brenda Fergus's 1995 Form 1040A

12. Brenda Fergus's 2001 Form 1040

13. Brenda Fergus's 2002 Form 1040

14. Gregory Fernandes Sheryl Dorsey-Fernandes's 2000 Form 1040

15. Morgan Memorial Goodwill Receipts (Sheryl Fernandes)

16. Morgan Memorial Goodwill Receipts (GregoryFernandes)

17. Receipt of payment from Gregory and Sheryl Fernandes to Talmus Taylor

18. Gregory Fernandes Sheryl Dorsey-Fernandes's 1999 Form 1040

19. Gregory Fernandes Sheryl Dorsey-Fernandes's 2001 Form 1040

20. Berta David's 1999 Form 1040

21. Dianne Thornton's 1997 Form 1040

22. Notes taken by Dianne Thornton regarding defendant's fee schedule

23. Dianne Thornton's 1998 Form 1040

24. Dianne Thornton's 1999 Form 1040

25. Dianne Thornton's 2000 Form 1040

26. Dianne Thornton's 2001 Form 1040

27. Dianne Thornton's 2002 Form 1040

28. Phuong Duong's 1998 Form 1040

29. Phuong Duong's 2000 Form 1040

30. Mary Gilmore's 2000 Form 1040

31. Adele Williams's 2000 Form 1040

32. Linda Carter-Griffith's 2000 Form 1040

33. Christine Imani's 2000 Form 1040

34. Cristiano Santos's 2000 Form 1040

35. Trung Vo's 2000 Form 1040

36. Karen Clemmons's 2000 Form 1040

37. Craig Robinson's 1997 Form 1040

38. Craig Robinson's 1998 Form 1040

39. Craig Robinson's 1999 Form 1040

40. Craig Robinson's 2000 Form 1040

41. Sylvia Davis-Castro's 1999 Form 1040

42. Sylvia Davis-Castro's 2000 Form 1040

43. Phyllis Rogers's 1999 Form 1040

44. Phyllis Rogers's 2000 Form 1040

45. Talmus Taylor's 2000 Form 1040

46. Talmus Taylor's 2001 Form 1040

47. Summary of tax loss computations prepared by IRS Revenue Agent Michael Pleshaw

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ John A. Capin

       JOHN A. CAPIN
       Assistant U.S. Attorney

Dated: February 13, 2006