UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TALMUS R. TAYLOR )<br>)<br>Defendant )  | CRIMINAL NO. 05-10067-PBS |

**GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS**

In addition to the Court's customary introduction to the jury, the United States requests that the Court ask prospective jurors the following voir dire questions:

1. Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

2. Are you, a family member, or someone close to you involved in the criminal justice system as a prosecutor, a defense attorney, or an employee of either a prosecutor or a defense attorney?

3. Are you, a family member, or someone close to you employed by any law enforcement agency?

4. Have you, a family member, or someone close to you had any experience, favorable or unfavorable, with the Internal Revenue Service (IRS) or any other U.S. Government agency, that might influence your consideration of this case?

5. This case involves charges that the defendant aided and assisted others in the preparation of false Federal individual income tax returns. Have you read or heard anything about this matter?

6. Are you familiar with any of the individuals on either the Government's or the

defendant's witness lists?

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                              By:    /s/ John A. Capin
                                      _____
                                              JOHN A. CAPIN
                                              Assistant U.S. Attorney

Dated:  February 13, 2006