UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10067-PBS |
| ) | |
| TALMUS R. TAYLOR ) | |
| _____) | |

DEFENDANT'S PROSPECTIVE TRIAL WITNESSES

Defendant's prospective trial witnesses are as follows, subject to amendment or supplementation:

Talmus Taylor, Boston, MA

Barbara G. East, Framingham, MA

David Avery, Boston, MA

Sterling C. Scott, Berkley, MA

Douglas Mason, Roxbury, MA

Craig Lankhorst, Boston, MA

David R. Phillips, Sr., Cambridge, MA

Walter R. Butler, III, Mattapan, MA

Laura T. Mikulewicz, Internal Revenue Service, Boston, MA

Kenneth Clark, Internal Revenue Service, Stoneham, MA

Dated: February 13, 2006                          TALMUS R. TAYLOR

                                                  By his attorney,

                                                  /s/ Bruce T. Macdonald
                                                  _____
                                                  Bruce T. Macdonald
                                                  678 Massachusetts Avenue
                                                  Suite 901
                                                  Cambridge, MA 02139
                                                  (617) 354-1711
                                                  BBO #310400