UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
UNITED STATES OF AMERICA              )
                                      )
        v.                            )    CRIMINAL NO. 05-10067-PBS
                                      )
TALMUS R. TAYLOR                      )
                                      )
        Defendant                     )
_____)

GOVERNMENT'S AMENDED EXHIBIT LIST

1. Gregory Alves's 1999 Form 1040

2. Gregory Alves's 2000 Form 1040

3. Gregory Alves's 2001 Form 1040

4. Gregory Alves's 1998 Form 1040

5. Copy of Gregory Alves's check register reflecting payment to defendant on 3/21/00

6. Brenda Fergus's 1998 Form 1040

7. Documentation of Brenda Fergus's 1998 charitable contributions

8. Brenda Fergus's 1999 Form 1040

9. Brenda Fergus's 2000 Form 1040

10. Documentation of Brenda Fergus's 2000 charitable contributions

11. Brenda Fergus's 1995 Form 1040A

12. Brenda Fergus's 2001 Form 1040

13. Brenda Fergus's 2002 Form 1040

14. Gregory Fernandes Sheryl Dorsey-Fernandes's 2000 Form 1040

15. Morgan Memorial Goodwill Receipts (Sheryl Fernandes)

16. Morgan Memorial Goodwill Receipts (GregoryFernandes)

17. Receipt of payment from Gregory and Sheryl Fernandes to Talmus Taylor

18. Gregory Fernandes Sheryl Dorsey-Fernandes's 1999 Form 1040

19. Gregory Fernandes Sheryl Dorsey-Fernandes's 2001 Form 1040

20. Berta David's 1999 Form 1040

21. Dianne Thornton's 1997 Form 1040

22. Notes taken by Dianne Thornton regarding defendant's fee schedule

23. Dianne Thornton's 1998 Form 1040

24. Dianne Thornton's 1999 Form 1040

25. Dianne Thornton's 2000 Form 1040

26. Dianne Thornton's 2001 Form 1040

27. Dianne Thornton's 2002 Form 1040

28. Phuong Duong's 1998 Form 1040

29. Phuong Duong's 2000 Form 1040

30. Craig Robinson's 1997 Form 1040

31. Craig Robinson's 1998 Form 1040

32. Craig Robinson's 1999 Form 1040

33. Craig Robinson's 2000 Form 1040

34. Treasurer's Check payable to Talmus Taylor in the amount fo $1,579

35. Sylvia Davis-Castro's 1999 Form 1040

36. Sylvia Davis-Castro's 2000 Form 1040

37. Phyllis Rogers's 1999 Form 1040

38. Phyllis Rogers's 2000 Form 1040

39. Additional tax returns prepared by Talmus Taylor on behalf of the following taxpayers for the years specified:

   A. Charlene Andrade (2000)

   B. David L. Avery (2000)

   C. Brenda K McKelton-Bean & Llewellyn T. Bean (1999)

   D. Omrao Brown (2000)

   E. Phinazee Brown (2000)

   F. Kenneth T. Budd & Roberta M. Budd (1999; 2000)

   G. Darnel Campbell (1999; 2000)

   H. Linda M. Carter-Griffith (1999; 2000)

   I. Karen J. Clemons (1999; 2000)

   J. Elizabeth Crockton (1999; 2000)

   K. Lisa G. Davis (2000)

   L. Barbara G. East (1999; 2000)

   M. Robert A. Edwards (1999)

   N. Carl E. Foster (1999)

   O. Robert J. Fulton & Cynthia A. Fulton (2000)

   P. Hermenia T. Gardner (1999)

   Q. Mary J. Gilmer (2000)

   R. Maria M. Harvey (1999; 2000)

   S. Darryl Hiliard (1999)

   T. Michael C. Hodges (1999)

   U. Valencia Z. Hughes (2000)

   V. Christine Imani (2000)

  W. James Love, Jr. (1999; 2000)

  X. Michael J. MaGriff (1999; 2000)

  Y. John Maddox, Jr. & Elaine Maddox (1999; 2000)

  Z. Katherine B. Maxwell (1999; 2000)

  AA. Cecilia Molyneux (2000)

  BB. Clyde M. Neville, Jr. (1997; 1998; 1999; 2000)

  CC. Jacqueline N. Neville ( 2000)

  DD. Claude Osias (2000)

  EE. Marie M. Prudent & Jacques C. Prudent (2000)

  FF. William T. Rogers & Anna M. Rogers (1999)

  GG. Cristina & Cristiano Santos (2000)

  HH. Gloria A . Scott (2000)

  II. Sterling Scott (2000)

  JJ. Benjamin Small & Mildred Small (2000)

  KK. Lavern Smith (1999; 2000)

  LL. Tara D. Spann (2000)

  MM. Trung Vo (1998; 1999; 2000)

  NN. Jacqueline Weathers (1997)

  OO. Phyllis L. Wesley (2000)

  PP. Adele Williams (1999)

  QQ. Alesia A. Wilson (1999; 2000)

  RR. Donette I. Wilson (2000)

40. Talmus Taylor's 2000 Form 1040

41. Talmus Taylor's 2001 Form 1040

42. Income Tax Examination Changes (IRS Forms 4549)

43. Summary of tax loss computations prepared by IRS Revenue Agent Michael Pleshaw

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:   /s/ John A. Capin

                    JOHN A. CAPIN
                    Assistant U.S. Attorney

Dated: February 17, 2006