UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.   05-10067-PBS |
| v. | |
| TALMUS TAYLOR | |

### "REMINDER" NOTICE OF RESCHEDULED JURY TRIAL

SARIS, U.S.D.J.                                                                                                 March 17, 2006

    The Jury Trial previously scheduled for March 13, 2006, has been **rescheduled** to **March 20, 2006, at 9:00 a.m.**

                                    By the Court,

                                    _/s/ Robert C, Alba_
                                    Deputy Clerk

Copies to:  All Counsel

resched.ntc