UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
UNITED STATES OF AMERICA                         )
                                                )
                v.                               )        CRIMINAL NO. 05-10067-PBS
                                                )
TALMUS R. TAYLOR                                 )
                                                )
                Defendant                        )
_____)

GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

1.    Brenda Fergus's 1998 Form 1040

2.    Documentation of Brenda Fergus's 1998 charitable contributions

3.    Brenda Fergus's 1999 Form 1040

4.    Brenda Fergus's 2000 Form 1040

5.    Documentation of Brenda Fergus's 2000 charitable contributions

6.    Brenda Fergus's 1997 Form 1040

7.    Brenda Fergus's 2001 Form 1040

8.    Brenda Fergus's 1995 Form 1040

9.    Phuong Duong's 2000 Form 1040

10.   Berta David's 1997 Form 1040

11.   Berta David's 1998 Form 1040

12.   Berta David's 1999 Form 1040

13.   Berta David's 2000 Form 1040

14.   Gregory Alves's 1999 Form 1040

15.   Gregory Alves's 2000 Form 1040

16.   Gregory Alves's 2001 Form 1040

17.   Craig Robinson's 1998 Form 1040

18.    Craig Robinson's 1999 Form 1040

19.    Craig Robinson's 2000 Form 1040

20.    Craig Robinson's 1997 Form 1040

21.    Treasurer's Check (from Robinson) payable to Talmus Taylor in the amount of $1,579

22.    Sylvia Davis-Castro's 1999 Form 1040

23.    Sylvia Davis-Castro's 2000 Form 1040

24.    Sylvia Davis-Castro's 2001 Form 1040

25.    Sylvia Davis-Castro's 2002 Form 1040

26.    Sylvia Davis-Castro's 2003 Form 1040

27.    Gregory Fernandes Sheryl Dorsey-Fernandes's 2000 Form 1040

28.    Receipt of payment from Gregory and Sheryl Fernandes to Talmus Taylor

29.    Morgan Memorial Goodwill Receipts (Sheryl Fernandes)

30.    Morgan Memorial Goodwill Receipts (GregoryFernandes)

31.    Gregory Fernandes Sheryl Dorsey-Fernandes's 2001 Form 1040

32.    Dianne Thornton's 1998 Form 1040

33.    Dianne Thornton's 1999 Form 1040

34.    Dianne Thornton's 1997 Form 1040

35.    Phyllis Rogers's 1999 Form 1040

36.    Phyllis Rogers's 2000 Form 1040

37.    Phyllis Rogers's 1997 Form 1040

38.    Forms 1040 filed by Talmus Taylor for the following years:

A.    1997
B.    1998

        C.     1999
        D.     2000
        E.     2001

39.     Additional 2000 Forms 1040 prepared by Talmus Taylor on behalf of the following taxpayers:

     A.     Charlene Andrade
     B.     David L. Avery
     C.     Omrao Brown
     D.     Phinazee Brown
     E.     Kenneth T. Budd & Roberta M. Budd
     F.     Darnel Campbell
     G.     Linda M. Carter-Griffith
     H.     Karen J. Clemons
     I.     Elizabeth Crockton
     J.     Lisa G. Davis
     K.     Barbara G. East
     L.     Robert J. Fulton & Cynthia A. Fulton
     M.     Mary J. Gilmer
     N.     Maria M. Harvey
     O.     Valencia Z. Hughes
     P.     Christine Imani
     Q.     James Love, Jr.
     R.     Michael J. MaGriff
     S.     John Maddox, Jr. & Elaine Maddox
     T.     Katherine B. Maxwell
     U.     Ceclilia Molyneaux
     V.     Clyde M. Neville, Jr.
     W.     Jacqueline N. Neville
     X.     Claude Osias
     Y.     Marie M. Prudent & Jacques C. Prudent
     Z.     William T. Rogers & Anna M. Rogers
     AA.     Cristina & Cristiano Santos
     BB.     Gloria A . Scott
     CC.     Sterling Scott
     DD.     Lavern Smith
     EE.     Tara D. Spann
     FF.     Trung Vo
     GG.     Phyllis L. Wesley
     HH.     Adele Williams
     II.     Donette I. Wilson (2000)

40.    Summary exhibits prepared by IRS Revenue Agent Michael Pleshaw

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ John A. Capin

JOHN A. CAPIN
Assistant U.S. Attorney

Dated:  March 16, 2006