UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 3-27-06
By

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10067-PBS |
| ) | |
| TALMUS R. TAYLOR ) | |

MOTION FOR JUDGMENT OF ACQUITTAL

The defendant moves, pursuant to Fed.R.Crim.P. 29, that the court enter judgments of acquittal on all counts of the indictment for reason that the evidence is insufficient to sustain a conviction.

Dated: March 23, 2006

TALMUS R. TAYLOR

By his attorney,

Bruce T. Macdonald
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139
(617) 354-1711
BBO #310400