AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

United States of America
V.
Talmus Taylor

**EXHIBIT** ▓▓▓▓ **LIST**

Case Number: 05-CR-10067    PAGE I

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | John Capin | Richard Welsh |
| TRIAL DATE (S) 3/20, 3/21, 3/22, 3/23, 3/27, 3/28 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 6 |  | 3/21/06 |  | ✓ | 1997 TAX RETURN - BRENDA FERGUS |
| 1 |  | 3/21/06 |  | ✓ | 1998 TAX RETURN - BRENDA FERGUS |
| 2 |  | 3/21/06 |  | ✓ | 1998 RECEIPTS - BRENDA FERGUS |
| 3 |  | 3/21/06 |  | ✓ | 1999 TAX RETURN - BRENDA FERGUS |
| 4 |  | 3/21/06 |  | ✓ | 2000 TAX RETURN - BRENDA FERGUS |
| 8 |  | 3/21/06 | ✓ |  | 1995 TAX RETURN - BRENDA FERGUS |
| 9 |  | 3/21/06 |  | ✓ | 2000 TAX RETURN - PHUONG DUONG |
| 5 |  | 3/21/06 |  | ✓ | 2000 RECEIPTS - BRENDA FERGUS |
| 10 |  | 3/22/06 | ✓ | ✓ | 1997 TAX RETURN - BERTA DAVID |
| 11 |  | 3/22/06 |  | ✓ | 1998 TAX RETURN - BERTA DAVID |
| 12 |  | 3/22/06 |  | ✓ | 1999 TAX RETURN - BERTA DAVID |
| 13 |  | 3/22/06 | ✓ |  | 2000 TAX RETURN - BERTA DAVID |
| 14 |  | 3/22/06 |  | ✓ | 1999 TAX RETURN - GREGORY ALVES |
| 15 |  | 3/22/06 | ✓ |  | 2000 TAX RETURN - GREGORY ALVES |
| 16 |  | 3/22/06 | ✓ |  | 2001 TAX RETURN - GREGORY ALVES |
| 21 |  | 3/22/06 |  | ✓ | TREASURERS CHECK RECEIPTS |
| 17 |  | 3/22/06 | ✓ | ✓ | 1998 TAX RETURN - CRAIG ROBINSON |
| 18 |  | 3/22/06 | ✓ | ✓ | 1999 TAX RETURN - CRAIG ROBINSON |
| 19 |  | 3/22/06 | ✓ | ✓ | 2000 TAX RETURN - CRAIG ROBINSON |
| 20 |  | 3/22/06 | ✓ |  | 1997 TAX RETURN - CRAIG ROBINSON |
| 43 |  | 3/22/06 |  | ✓ | PERSONAL NOTES - DIANNE THORNTON |
| 32 |  | 3/22/06 |  | ✓ | 1998 TAX RETURN - DIANNE THORNTON |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)    **EXHIBIT** ~~███████~~ **LIST – CONTINUATION**    PAGE 2

| | United State | vs. | Talmus Taylor | CASE NO. 05-CR-10067-PBS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 33 | | 3/22/06 | | ✓ | 1999 TAX RETURN – DIANNE THORNTON |
| 22 | | 3/22/06 | | ✓ | 1999 TAX RETURN – SYLVIA DAVIS CASTRO |
| 23 | | 3/22/06 | | ✓ | 2000 TAX RETURN – SYLVIA DAVIS CASTRO |
| 24 | | 3/23/06 | | ✓ | 2001 TAX RETURN – SYLVIA DAVIS CASTRO |
| 25 | | 3/23/06 | ✓ | | 2002 TAX RETURN – SYLVIA DAVIS CASTRO |
| 27 | | 3/23/06 | | ✓ | 2000 TAX RETURN – SHERYL FERNANDES |
| 28 | | 3/23/06 | | ✓ | RECEIPT 2000 – SHERYL FERNANDES |
| 29 | | 3/23/06 | | ✓ | MORGAN MEMORIAL RECEIPTS – SHERYL FERNANDES |
| 30 | | 3/23/06 | | ✓ | MORGAN MEMORIAL RECEIPT – MR. FERNANDES |
| 31 | | 3/23/06 | ✓ | | 2001 TAX RETURN – SHERYL FERNANDES |
| 35 | | 3/23/06 | | ✓ | 1999 TAX RETURN – PHYLLIS ROGERS |
| 36 | | 3/23/06 | | ✓ | 2000 TAX RETURN – PHYLLIS ROGERS |
| 39 E | | 3/23/06 | | ✓ | 2000 TAX RETURN – KENNETH BUDD |
| 39 F | | 3/23/06 | | ✓ | 2000 TAX RETURN – DARNELL CAMPBELL |
| 39 G | | 3/23/06 | | ✓ | 2000 TAX RETURN – LINDA CARTER-GRIFFITH |
| 39 AA | | 3/23/06 | | ✓ | 2000 TAX RETURN – CRISMANO SANTOS |
| 39 P | | 3/23/06 | ✓ | ✓ | 2000 TAX RETURN – CHRISTINE ZIMANI |
| 39 Y | | 3/23/06 | | ✓ | 2000 TAX RETURN – JACQUES PRUDENT |
| 40 | | 3/23/06 | | ✓ | CHART OF NON CASH CONTRIBUTIONS |
| 39 HH | | 3/23/06 | | ✓ | 2000 TAX RETURN – ADELE WILLIAMS |
| 39 FF | | 3/27/06 | | ✓ | 2000 TAX RETURN – ~~KAREN CLEMONS~~ TRUNG VO |
| 39 H | | 3/27/06 | | ✓ | 2000 TAX RETURN – KAREN CLEMONS |
| 38 A | | 3/27/06 | ✓ | ✓ | 1997 TAX RETURN – TALMUS TAYLOR |
| 38 B | | 3/27/06 | ✓ | ✓ | 1998 TAX RETURN – TALMUS TAYLOR |
| 38 C | | 3/27/06 | ✓ | ✓ | 1999 TAX RETURN – TALMUS TAYLOR |
| 38 D | | 3/27/06 | ✓ | ✓ | 2000 TAX RETURN – TALMUS TAYLOR |
| 38 E | | 3/27/06 | ✓ | ✓ | 2001 TAX RETURN – TALMUS TAYLOR |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)  EXHIBIT ~~████~~ LIST – CONTINUATION    PAGE 3

| | | United State | | vs. | Talmus Taylor | CASE NO. 05-CR-10067-PBS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 39 M | | 3/27/06 | | ✓ | 2000 Tax Return – Mary Gilmer |
| 39 A | | 3/28/06 | ✓ | | 2000 Tax Return – Charlene Andrade |
| 39 B | | 3/28/06 | ✓ | | 2000 Tax Return – David Avery |
| 39 C | | 3/28/06 | ✓ | | 2000 Tax Return – Omaro Brown |
| 39 D | | 3/28/06 | ✓ | | 2000 Tax Return – Phinazee Brown |
| 39 I | | 3/28/06 | ✓ | | 2000 Tax Return – Elizabeth Crockton |
| 39 J | | 3/28/06 | ✓ | | 2000 Tax Return – Lisa Davis |
| 39 K | | 3/28/06 | ✓ | | 2000 Tax Return – Barbara Oast |
| 39 L | | 3/28/06 | ✓ | | 2000 Tax Return – Robert Fulton |
| 39 N | | 3/28/06 | ✓ | | 2000 Tax Return – Marcia Harvey |
| 39 O | | 3/28/06 | ✓ | | 2000 Tax Return – Valencia Hughes |
| 39 Q | | 3/28/06 | ✓ | | 2000 Tax Return – James Love, Jr. |
| 39 R | | 3/28/06 | ✓ | | 2000 Tax Return – Michael McGriff |
| 39 S | | 3/28/06 | ✓ | | 2000 Tax Return – John Maddox, Jr. |
| 39 T | | 3/28/06 | ✓ | | 2000 Tax Return – Katherine Maxwell |
| 39 U | | 3/28/06 | ✓ | | 2000 Tax Return – Cecilia Molyneux |
| 39 V | | 3/28/06 | ✓ | | 2000 Tax Return – Clyde Neville |
| 39 W | | 3/28/06 | ✓ | | 2000 Tax Return – Jacqueline Neville |
| 39 X | | 3/28/06 | ✓ | | 2000 Tax Return – Claude Osias |
| 39 BB | | 3/28/06 | ✓ | | 2000 Tax Return – Gloria Scott |
| 39 CC | | 3/28/06 | ✓ | | 2000 Tax Return – Sterling Scott |
| 39 DD | | 3/28/06 | ✓ | | 2000 Tax Return – Lavern Smith |
| 39 GG | | 3/28/06 | ✓ | | 2000 Tax Return – Phyllis Wesley |
| 39 II | | 3/28/06 | ✓ | | 2000 Tax Return – Donette Wilson |

Page _____ of _____ Pages