AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

United States of America
V.
Talmus Taylor

 **WITNESS LIST**

Case Number: 05-CR-10067

| PRESIDING JUDGE Patti B. Saris | PLAINTIFF'S ATTORNEY John Capin | DEFENDANT'S ATTORNEY Richard Welsh |
|---|---|---|
| TRIAL DATE (S) 3/20, 3/21, 3/22, 3/23, 3/27, 3/28, 3-29 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/21/06 | | | BRENDA FERGUS |
| 2 | | 3/21/06 | | | PHUONG DUONG |
| 3 | | 3/22/06 | | | BERTA ELENA DAVID |
| 4 | | 3/22/06 | | | GREGORY ALVES |
| 5 | | 3/22/06 | | | CRAIG ROBINSON |
| 6 | | 3/22/06 | | | DIANNE THORNTON |
| 7 | | 3/22/06 3/23/06 | | | SYLVIA DAVIS CASTRO |
| 8 | | 3/23/06 | | | SHERYL FERNANDES |
| 9 | | 3/23/06 | | | PHYLLIS ROGERS |
| 10 | | 3/23/06 | | | KENNETH BUDD |
| 11 | | 3/23/06 | | | DARNELL CAMPBELL |
| 12 | | 3/23/06 | | | LINDA CARTER-GRIFFITH |
| 13 | | 3/23/06 | | | CRISTIANO SANTOS |
| 14 | | 3/23/06 | | | JACQUES PRUDENT |
| 15 | | 3/27/06 | | | MICHAEL PLESHAW |
| 16 | | 3/27/06 | | | JESSICA CROCKER |
| | 1 | 3/27/06 3/28/06 | | | TALMUS TAYLOR |
| | 2 | 3/27/06 | | | CRAIG LANKHORST |
| | 3 | 3/28/06 | | | WALTER BUTLER |
| | 4 | 3/28/06 | | | DAVID PHILLIPS |
| | 5 | 3/28/06 | | | DOUGLAS MASON |
| | 6 | 3/28/06 | | | BARBARA G. EAST |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)    WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| United State | | | vs. | Talmus Taylor | CASE NO. 05-CR-10067-PBS |

Page _____ of _____ Pages