UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA   )
                           )
           v.              )  CRIMINAL ACTION NO. 05-10067-PBS
                           )
TALMUS R. TAYLOR,          )
                           )
           Defendant.      )
```

RECEIVED
2:10 PM
03/29/03

**VERDICT FORM**

Saris, U.S.D.J.

**Count 1:** Income Tax Return of Taxpayer Gregory Alves for Tax Year 1999

_____ Not Guilty      ✓ Guilty

**Count 2:** Income Tax Return of Taxpayer Sylvia Davis-Castro for Tax Year 1999

_____ Not Guilty      ✓ Guilty

**Count 3:** Income Tax Return of Taxpayer Sylvia Davis-Castro for Tax Year 2000

_____ Not Guilty      ✓ Guilty

**Count 4:** Income Tax Return of Taxpayer Berta David for Tax Year 1999

_____ Not Guilty      ✓ Guilty

**Count 5:** Income Tax Return of Taxpayer Phuong Duong for Tax Year 2000

_____ Not Guilty      ✓ Guilty

**Count 6**:   Income Tax Return of Taxpayer Brenda Fergus for Tax Year 1998

_____ Not Guilty        __✓__ Guilty

**Count 7**:   Income Tax Return of Taxpayer Brenda Fergus for Tax Year 1999

_____ Not Guilty        __✓__ Guilty

**Count 8**:   Income Tax Return of Taxpayer Brenda Fergus for Tax Year 2000

_____ Not Guilty        __✓__ Guilty

**Count 9**:   Income Tax Return of Taxpayers Gregory and Sheryl Fernandes for Tax Year 2000

_____ Not Guilty        __✓__ Guilty

**Count 10**:   Income Tax Return of Taxpayer Craig Robinson for Tax Year 1998

_____ Not Guilty        __✓__ Guilty

**Count 11**:   Income Tax Return of Taxpayer Craig Robinson for Tax Year 1999

_____ Not Guilty        __✓__ Guilty

**Count 12**:   Income Tax Return of Taxpayer Craig Robinson for Tax Year 2000

_____ Not Guilty        __✓__ Guilty

**Count 13**:   Income Tax Return of Taxpayer Phyllis Rogers for Tax Year 1999

_____ Not Guilty        __✓__ Guilty

**Count 14**: Income Tax Return of Taxpayer Phyllis Rogers for Tax Year 2000

\_\_\_\_ Not Guilty        √ Guilty

**Count 15**: Income Tax Return of Taxpayer Dianne Thornton for Tax Year 1998

\_\_\_\_ Not Guilty        √ Guilty

**Count 16**: Income Tax Return of Taxpayer Dianne Thornton for Tax Year 1999

\_\_\_\_ Not Guilty        √ Guilty


I hereby certify that the answer to each one of the above questions is unanimous.

_____
JURY FOREPERSON

Dated: 3-29-06