UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
UNITED STATES OF AMERICA                  )
                                          )
           v.                             )      CRIMINAL NO. 05-10067-PBS
                                          )
TALMUS R. TAYLOR,                         )
                                          )
              Defendant                   )
_____)

## MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM LATE

The United States of America hereby moves the Court for leave to file the Government's Sentencing Memorandum, submitted herewith, two days late. As grounds for this motion, the government states that, pursuant to the Court's Procedural Order Re: Sentencing Hearing (Docket Entry No. 39), sentencing memoranda were to be filed by July 7, 2006. By oversight and due in part to the fact that the undersigned was traveling outside of Massachusetts on the date sentencing memoranda were due, the government did not file its memorandum in a timely manner. It is the governments belief that the memorandum filed herewith will be helpful to the Court in making its sentencing determination.

Wherefore, the government requests leave to file the Government's Sentencing Memorandum two days late.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ John A. Capin
       _____
       JOHN A. CAPIN
       Assistant U.S. Attorney