UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
       v.                           )   CRIMINAL NO. 05-10067-PBS
                                    )
TALMUS R. TAYLOR                    )
_____ )

### DEFENDANT'S MOTION TO SUPPLEMENT SENTENCING MEMORANDUM

Defendant Talmus R. Taylor respectfully moves to supplement Defendant's Sentencing Memorandum, filed on July 7, 2006, by notifying the court of his intention to call two witnesses to testify regarding defendant's employment as a Boston Public School teacher. The two witnesses are: Richard Stutman, President, Boston Teachers Union; and Craig Lankhorst, Principal, Emily A. Fifield School. It is anticipated that their total testimony will not exceed fifteen minutes.

In support of this motion defendant says that his attorney either did not receive, or received and inadvertently deleted, the Procedural Order Re: Sentencing dated March 29, 2006, and was not aware of same until he received the government's Motion for Leave to File Sentencing Memorandum Late on July 11, 2006.

Dated: July 11, 2006                              By his attorney,


                                                  /s/ Bruce T. Macdonald
                                                  _____
                                                  Bruce T. Macdonald
                                                  678 Massachusetts Avenue
                                                  Suite 901
                                                  Cambridge, MA 02139
                                                  (617) 354-1711