✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

United States
V.
Talmus Taylor

**EXHIBIT AND WITNESS LIST**

Case Number: 05-CR-10067-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | John Capin | Bruce MacDonald |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/12/06 | Lee Marzilli | Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 7/12/06 |  |  | Richard Stutten |
|  | 2 | 7/12/06 |  |  | Greg Langhorst |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages