UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 05-10067-PBS |
| TALMUS R. TAYLOR | ) ) ) | |

DEFENDANT'S MOTION TO AMEND TRAVEL CONDITIONS

Defendant Talmus R. Taylor respectfully moves the court to amend the travel conditions of his probation to allow him to travel to North Carolina for the period August 12 to September 4, 2006.

As reason therefore, defendant says that he has previously spent each summer at his family's farm in Clinton, North Carolina, and that he would like to spend the requested time in North Carolina to secure the farm for the winter, and settle his affairs, since he will not be able to visit the farm during the 12 months he will be in a halfway house. Defendant is currently on a waiting list for entry into the halfway house.

Dated: August 5, 2006

TALMUS R. TAYLOR

By his attorney,

/s/ Bruce T. Macdonald

Bruce T. Macdonald
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139
(617) 354-1711