UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
     v.                             )     CRIMINAL NO. 05-10067-PBS
                                    )
TALMUS R. TAYLOR ,                  )
                                    )
          Defendant                 )
_____)

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Saris, J.) on the Defendant Talmus R. Taylor on July 12, 2006, and from the resulting Judgment in a Criminal Case (entered on the docket on July 20, 2006).

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                         By:    /s/ John A. Capin

                                    JOHN A. CAPIN
                                    Assistant U.S. Attorney

### Certificate of Service

     I hereby certify that on August 7, 2006, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                    /s/ John A. Capin

                                    JOHN A. CAPIN
                                    Assistant U.S. Attorney