UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10067

United States of America

v.

Talmus R. Taylor

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-51 & envelope with letters of support

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/7/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 15, 2006.

Sarah A. Thornton, Clerk of Court

By _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/16/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10067-PBS-ALL

Case title: USA v. Taylor

Date Filed: 03/17/2005

Assigned to: Judge Patti B. Saris

### Defendant

**Talmus R. Taylor** (1)
*TERMINATED: 07/13/2006*

represented by **Bruce T. Macdonald**
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139
617-354-1711
Fax: 617-354-5749
Email: btm95@aol.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Retained*

**Janet Sesnovich**
132 Central Street
P.O. Box 439
Foxboro, MA 02035
*TERMINATED: 06/03/2005
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Retained*

### Pending Counts

26:7206(2) Aiding and Assisting in the preparation of False Tax

### Disposition

Defendant is hereby sentenced to probation for a term of 60 months, the first year to be spent in a halfway house. Defendant is to perform five hours per week in community service for the entire probationary period. Defendant is not to prepare income taxes for

REturns
(1-16)

anyone but himself. Defendant is to comply with all financial conditions required by US Probation. The $1,600.00 Special Assessment is due immediately. The $10,000 Fine, with interest, is to be paid out during the period of probation.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

None

---

**Plaintiff**

USA                       represented by **John A. Capin**
                                          United States Attorney's Office
                                          John Joseph Moakley Federal Courthouse
                                          1 Courthouse Way
                                          Suite 9200
                                          Boston, MA 02210
                                          617-748-3264
                                          Fax: 617-748-3951
                                          Email: john.capin@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Michael J. Pineault**
                                          United States Attorney's Office

John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3261
Fax: 617-748-3960
Email:
michael.pineault@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2005 | 1 | INDICTMENT as to Talmus R. Taylor (1) count(s) 1-16. (Gawlik, Cathy) (Entered: 03/17/2005) |
| 03/17/2005 | 2 | Judge Patti B. Saris : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: pretrial proceedings as to Talmus R. Taylor (Gawlik, Cathy) (Entered: 03/17/2005) |
| 04/22/2005 |  | ELECTRONIC NOTICE OF HEARING as to Talmus R. Taylor Initial Appearance set for 4/27/2005 03:30 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. Arraignment set for 4/27/2005 03:30 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 04/22/2005) |
| 04/27/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Appearance as to Talmus R. Taylor held on 4/27/2005. The defendant appears with retained counsel. The Court informs the defendant of his rights and the charges. The Court informs the defendant of his rights and the charges. Bond Hearing as to Talmus R. Taylor held on 4/27/2005. The government states that there are conditions of release that can reasonably assure the defendant's appearance at trial. The Court RELEASES the defendant on Personal Recognizance Bond with conditions. Arraignment as to Talmus R. Taylor (1) Count 1-16 held on 4/27/2005. The Court advises the defendants of the charges and the government states the maximum penalty. The defendant pleads not guilty to the charges. The Court provides an automatic disclosure notice to counsel. INITIAL Status Conference set |

|  |  | for 6/2/2005 04:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 05/04/2005) |
| --- | --- | --- |
| 04/27/2005 | 5 | NOTICE OF ATTORNEY APPEARANCE: Janet Sesnovich appearing for Talmus R. Taylor...recv'd for docketing 5/23/05 (Smith3, Dianne) (Entered: 05/23/2005) |
| 04/27/2005 | 6 | Appearance Bond Entered as to Talmus R. Taylor in amount of $ Personal Recognizance,..recv'd for docketing 5/23/05 (Smith3, Dianne) (Entered: 05/23/2005) |
| 04/27/2005 | 7 | Judge Joyce London Alexander : ORDER entered. ORDER Setting Conditions of Release as to Talmus R. Taylor (1) Personal Recognizance....recv'd for docketing 5/23/05 (Smith3, Dianne) (Entered: 05/23/2005) |
| 05/02/2005 |  | Return receipt received for mail sent to Talmus R. Taylor. No delivery date indicated. (Patch, Christine) (Entered: 05/04/2005) |
| 05/16/2005 | 4 | Assented to MOTION to Modify Conditions of Release as to Talmus R. Taylor. (Patch, Christine) (Entered: 05/19/2005) |
| 05/20/2005 |  | Judge Patti B. Saris : Electronic ORDER entered granting 4 Motion to Modify Conditions of Release as to Talmus R. Taylor (1) (Patch, Christine) (Entered: 05/23/2005) |
| 05/31/2005 | 9 | NOTICE OF ATTORNEY APPEARANCE: Bruce T. Macdonald appearing for Talmus R. Taylor (Patch, Christine) (Entered: 06/08/2005) |
| 06/01/2005 |  | ELECTRONIC NOTICE OF RESCHEDULING as to Talmus R. Taylor INITIAL Status Conference set for 6/9/2005 02:45 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 06/01/2005) |
| 06/01/2005 | 8 | NOTICE of Rejection of Filing re: Notice of Appearance sent to Bruce Macdonald. (Patch, Christine) (Entered: 06/01/2005) |
| 06/01/2005 | 11 | MOTION to Continue to 6/15/05 to Hold Initial Status Conference as to Talmus R. Taylor. (Brown, Rex) (Entered: 06/23/2005) |
| 06/03/2005 | 10 | NOTICE of Withdrawal of Appearance in case as to Talmus R. Taylor. Attorney Janet Sesnovich terminated. (Patch, Christine) (Entered: 06/08/2005) |

| 06/09/2005 | 🔵 | Judge Joyce London Alexander : Electronic ORDER entered granting 11 Motion to Continue as to Talmus R. Taylor (1) to 6/15/05 at 10:15 a.m. (Brown, Rex) (Entered: 06/23/2005) |
|---|---|---|
| 06/15/2005 | 🔵 | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Status Conference as to Talmus R. Taylor held on 6/15/2005. Dispositive Motions due on or before 7/5/05 with the government's response due 7/15/05. Order to issue. Interim Status Conference set for 7/26/2005 03:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 06/23/2005) |
| 06/30/2005 | 🔵12 | Judge Joyce London Alexander : ORDER entered. REPORT AND ORDER on Initial Status Conference as to Talmus R. Taylor Dispositive Motions due by 7/5/2005. Interim Status Conference set for 7/26/2005 03:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 07/04/2005) |
| 07/26/2005 | 🔵 | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Interim Status Conference as to Talmus R. Taylor held on 7/26/2005. Government to produce documents during the week of August 8, 2005. Discovery motions to be filed on or before 8/26/05. Final Status Conference set for 9/13/2005 02:45 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lyness, Paul) (Entered: 07/26/2005) |
| 07/26/2005 | 🔵 | SET Hearings as to Talmus R. Taylor: FINAL Status Conference set for 9/13/2005 @ 02:45 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Miner, Valencia) (Entered: 07/27/2005) |
| 07/28/2005 | 🔵13 | Joint MOTION for Excludable Delay to *September 12, 2005* as to Talmus R. Taylorby USA. (Pineault, Michael) (Entered: 07/28/2005) |
| 07/28/2005 | 🔵 | Magistrate Judge Joyce London Alexander : Electronic ORDER entered granting 13 Motion to Exclude as to Talmus R. Taylor. (1) (Miner, Valencia) (Entered: 07/29/2005) |
| 09/13/2005 | 🔵 | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Final Status Conference as to Talmus R. Taylor held on 9/13/2005. Parties agree that trial is necessary. Case is ready to be sent back to District Judge. |

| | | (Folan, Karen) (Entered: 09/13/2005) |
|---|---|---|
| 09/13/2005 | | Case as to Talmus R. Taylor no longer referred to Magistrate Judge Joyce London Alexander. Case returned to District Judge. (Folan, Karen) (Entered: 09/13/2005) |
| 09/13/2005 | 14 | Magistrate Judge Joyce London Alexander : ORDER entered. REPORT AND ORDER on Final Status Conference as to Talmus R. Taylor (JLA, int1) (Entered: 09/13/2005) |
| 09/14/2005 | 15 | NOTICE OF INITIAL PRETRIAL CONFERENCE as to Talmus R. Taylor. Initial Pretrial Conference set for 9/21/2005 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 09/14/2005) |
| 11/28/2005 | 16 | NOTICE OF ATTORNEY APPEARANCE John A. Capin appearing for USA. (Capin, John) (Entered: 11/28/2005) |
| 11/28/2005 | | Attorney update in case as to Talmus R. Taylor. Attorney John A. Capin for USA added. (Patch, Christine) (Entered: 11/29/2005) |
| 11/29/2005 | 17 | Joint MOTION to Continue *Trial for Approximately 60 Days and to Exclude Period of Continuance Under Speedy Trial Act* as to Talmus R. Taylor by USA. (Capin, John) (Entered: 11/29/2005) |
| 12/01/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 17 Motion to Continue Trial and to Exclude Period of Continuance under Speedy Trial Act, as to Talmus R. Taylor (1). Jury Trial set for 3/6/2006 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Pretrial Conference set for 2/28/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 12/05/2005) |
| 01/24/2006 | 18 | Assented to MOTION to Continue as to Talmus R. Taylor. (Macdonald, Bruce) (Entered: 01/24/2006) |
| 01/31/2006 | | Judge Patti B. Saris: Electronic ORDER entered re: 18 Assented to MOTION to Continue as to Talmus R. Taylor. "COUNSEL ARE TO APPEAR FOR A STATUS HEARING ON FEBRUARY 14, 2006, AT 3:00 P.M."(Alba, Robert) (Entered: 01/31/2006) |
| 02/01/2006 | 19 | NOTICE OF RESCHEDULED STATUS HEARING as to Talmus R. Taylor. At the request of counsel, the Status Hearing previously scheduled for February 14, 2006, has been |

|   |   |   |
|---|---|---|
|   |   | rescheduled to February 2, 2006, at 3:30 p.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 02/01/2006) |
| 02/02/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Hearing as to Talmus R. Taylor held on 2/2/2006. Court allows Motion to Continue Trial by one week. Jury Trial rescheduled to 3/13/2006 at 9:00 AM. Final Pretrial Conference remains scheduled for 2/28/06 at 2:00 PM. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 02/02/2006) |
| 02/02/2006 |  | Judge Patti B. Saris : Electronic ORDER entered granting 18 Motion to Continue Trial and to Exclude Period of Continuance under Speedy Trial Act as to Talmus R. Taylor (1). "Allowed for one week (at least). All time excluded under STA." (Patch, Christine) (Entered: 02/07/2006) |
| 02/03/2006 | 20 | Judge Patti B. Saris: PRETRIAL ORDER entered as to Talmus R. Taylor. The above action has been set down for JURY TRIAL on 3/13/06, at 9:00 a.m. A FINAL PRETRIAL CONFERENCE has been scheduled for 2/28/06, at 2:00 p.m. By 2/13/06, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists. By 2/27/06, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits. Pretrial memoranda shall be filed/served by 3/7/06. (Alba, Robert) (Entered: 02/03/2006) |
| 02/13/2006 | 21 | MOTION in Limine as to Talmus R. Taylor. (Macdonald, Bruce) (Entered: 02/13/2006) |
| 02/13/2006 | 22 | Proposed Jury Instructions by Talmus R. Taylor (Macdonald, Bruce) (Entered: 02/13/2006) |
| 02/13/2006 | 23 | Proposed Voir Dire by Talmus R. Taylor (Macdonald, Bruce) (Entered: 02/13/2006) |
| 02/13/2006 | 24 | EXHIBIT/WITNESS LIST by USA as to Talmus R. Taylor (Capin, John) (Entered: 02/13/2006) |
| 02/13/2006 | 25 | EXHIBIT/WITNESS LIST by USA as to Talmus R. Taylor (Capin, John) (Entered: 02/13/2006) |
| 02/13/2006 | 26 | Proposed Jury Instructions by USA as to Talmus R. Taylor (Capin, John) (Entered: 02/13/2006) |
| 02/13/2006 | 27 | Proposed Voir Dire by USA as to Talmus R. Taylor (Capin, |

| | | |
|---|---|---|
| | | John) (Entered: 02/13/2006) |
| 02/13/2006 | 28 | EXHIBIT/WITNESS LIST by Talmus R. Taylor (Macdonald, Bruce) (Entered: 02/13/2006) |
| 02/17/2006 | 29 | EXHIBIT/WITNESS LIST by USA as to Talmus R. Taylor (Capin, John) (Entered: 02/17/2006) |
| 02/17/2006 | 30 | Opposition by USA as to Talmus R. Taylor re 21 MOTION in Limine (Capin, John) (Entered: 02/17/2006) |
| 02/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Final Pretrial Conference as to Talmus R. Taylor held on 2/28/2006. Trial to proceed on 3/13/06 unless Court indicates otherwise. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 02/28/2006) |
| 03/17/2006 | 31 | "REMINDER" NOTICE OF RESCHEDULED JURY TRIAL as to Talmus R. Taylor. The Jury Trial previously scheduled for March 13, 2006, has been rescheduled to March 20, 2006, at 9:00 a.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 03/17/2006) |
| 03/19/2006 | 32 | EXHIBIT/WITNESS LIST by USA as to Talmus R. Taylor (Capin, John) (Entered: 03/19/2006) |
| 03/20/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris :Voir Dire begun on 3/20/2006 Talmus R. Taylor (1) on Count 1-16. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/21/2006) |
| 03/21/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Two as to Talmus R. Taylor held on 3/21/2006. (Court Reporter Niles Fowlkes.) (Alba, Robert) (Entered: 03/21/2006) |
| 03/22/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Three as to Talmus R. Taylor held on 3/22/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/22/2006) |
| 03/22/2006 | 34 | MOTION for Limiting Instruction as to Talmus R. Taylor. (Patch, Christine) (Entered: 03/27/2006) |
| 03/23/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Four as to Talmus R. Taylor held on 3/23/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/23/2006) |

| 03/26/2006 | 33 | Proposed Jury Instructions by Talmus R. Taylor (Macdonald, Bruce) (Entered: 03/26/2006) |
|---|---|---|
| 03/27/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Five as to Talmus R. Taylor held on 3/27/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/27/2006) |
| 03/27/2006 | 35 | MOTION to Strike *Testimony of Witness Craig Lankhorst Relative to Reputation of Witness Sylvia Davis-Castro for Truthfulness* as to Talmus R. Taylor. (Macdonald, Bruce) (Entered: 03/27/2006) |
| 03/27/2006 | 36 | MOTION for Judgment of Acquittal as to Talmus R. Taylor. (Patch, Christine) (Entered: 03/28/2006) |
| 03/27/2006 |  | Judge Patti B. Saris : Electronic ORDER entered denying 36 Motion for Judgment of Acquittal as to Talmus R. Taylor (1) (Patch, Christine) (Entered: 03/28/2006) |
| 03/28/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Six as to Talmus R. Taylor held on 3/28/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/28/2006) |
| 03/28/2006 |  | Judge Patti B. Saris : Electronic ORDER entered granting 34 Motion for Limiting Instruction as to Talmus R. Taylor (1) (Patch, Christine) (Entered: 03/29/2006) |
| 03/29/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Seven as to Talmus R. Taylor held on 3/29/2006. Jury begins deliberations. Jury returns a verdict. Jury verdict: Guilty on Counts 1-16. Sentencing set for 7/12/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/29/2006) |
| 03/29/2006 | 37 | COURT'S EXHIBIT LIST for Jury Trial held from 3/20/06 through 3/29/06 as to Talmus R. Taylor. (Alba, Robert) (Entered: 03/29/2006) |
| 03/29/2006 | 38 | COURT'S WITNESS LIST for Jury Trial held from 3/20/06 through 3/29/06 as to Talmus R. Taylor. (Alba, Robert) (Entered: 03/29/2006) |
| 03/29/2006 | 39 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Talmus R. Taylor |

|  |  |  |
|---|---|---|
|  |  | Sentencing set for 7/12/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 03/30/2006) |
| 03/29/2006 | 40 | JURY VERDICT as to Talmus R. Taylor (1) Guilty on Count 1-16. (Patch, Christine) (Entered: 03/30/2006) |
| 04/05/2006 | 41 | MOTION for New Trial as to Talmus R. Taylor. (Macdonald, Bruce) (Entered: 04/05/2006) |
| 04/25/2006 |  | Judge Patti B. Saris : Electronic ORDER entered denying 41 Motion for New Trial as to Talmus R. Taylor (1) (Patch, Christine) (Entered: 04/27/2006) |
| 06/27/2006 | 42 | EXCERPT TRANSCRIPT of Jury Trial Day Three (Testimony of Gregory Alves) as to Talmus R. Taylor held on March 22, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli 617/345-6787. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/27/2006) |
| 06/27/2006 | 43 | EXCERPT TRANSCRIPT of Jury Trial Four (Testimony of Sheryl Fernandes)as to Talmus R. Taylor held on March 23, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli 617/439-7086. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/27/2006) |
| 07/07/2006 | 44 | SENTENCING MEMORANDUM by Talmus R. Taylor (Attachments: # 1 Exhibit A# 2 Exhibit B)(Macdonald, Bruce) (Entered: 07/07/2006) |
| 07/11/2006 | 45 | MOTION for Leave to File *Government's Sentencing Memorandum Late* as to Talmus R. Taylorby USA. (Capin, John) (Entered: 07/11/2006) |
| 07/11/2006 | 46 | SENTENCING MEMORANDUM by USA as to Talmus R. Taylor (Capin, John) (Entered: 07/11/2006) |
| 07/11/2006 | 47 | MOTION to Amend/Correct *Sentencing Memorandum* as to Talmus R. Taylor. (Macdonald, Bruce) (Entered: 07/11/2006) |
| 07/12/2006 |  | Judge Patti B. Saris: Electronic ORDER entered granting 45 MOTION for Leave to File Government's Sentencing Memorandum Late as to Talmus R. Taylor by USA. (Alba, |

| | | |
|---|---|---|
| | | Robert) (Entered: 07/12/2006) |
| 07/12/2006 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Sentencing held on 7/12/2006 for Talmus R. Taylor Count(s) 1-16. Court sentences defendant to 60 months Probation subject to the first year being spent in a Half-Way House and five hours of community service per week for the balance of the term of probation with special conditions. $10,000 Fine. $1,600 Special Assessment. Defendant informed of right of appeal. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 07/12/2006) |
| 07/12/2006 | 48 | COURT'S WITNESS LIST for Sentencing Hearing held on 7/12/06 as to Talmus R. Taylor (Alba, Robert) (Entered: 07/12/2006) |
| 07/13/2006 | 49 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Talmus R. Taylor (1), Count(s) 1-16, Defendant is hereby sentenced to probation for a term of 60 months, the first year to be spent in a half-way house. Defendant is to perform five hours per week in community service for the entire probationary period. Defendant is not to prepare income taxes for anyone but himself. Defendant is to comply with all financial conditions required by US Probation. The $1,600.00 Special Assessment is due immediately. The $10,000 Fine, with interest, is to be paid out during the period of probation. (Patch, Christine) (Entered: 07/20/2006) |
| 08/05/2006 | 50 | MOTION to Amend *Travel Conditions* as to Talmus R. Taylor. (Macdonald, Bruce) (Entered: 08/05/2006) |
| 08/07/2006 | 51 | NOTICE OF APPEAL by USA as to Talmus R. Taylor Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/28/2006. (Capin, John) (Entered: 08/07/2006) |
| 08/07/2006 | 🔍 | Judge Patti B. Saris : Electronic ORDER entered denying 50 Motion to Amend Travel Conditions as to Talmus R. Taylor (1). "If defendant wants to travel for a few days prior to designation, he has my permission. However, three weeks is far too long." (Patch, Christine) (Entered: 08/08/2006) |