## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:  06-2216

USDC Docket Number :  05-10067-PBS

United States of America

v.

Talmus Taylor

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 54  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 22, 2006.

Sarah A. Thornton, Clerk of Court

By:

/s/ Deborah Scalfani,  Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  06-2216

USDC Docket Number :  05-10067-PBS

United States of America

v.

Talmus Taylor

---

**CLERK'S SUPPLEMENTAL CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 54  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 22, 2006.

Sarah A. Thornton, Clerk of Court

By:
/s/ Deborah Scalfani,  Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05