Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Talmus Taylor   **Case Number:** 05-10067

**Name of Sentencing Judicial Officer:** The Honorable Patti B. Saris, U.S. District Judge

**Date of Original Sentence:** July 12, 2006

**Original Offense:** Aiding and Assisting in the Preparation of False Tax Returns (16 counts), in violation of 26 U.S.C. § 7206(2)

**Original Sentence:** 60 months' Probation

**Type of Supervision:** Probation   **Date Supervision Commenced:** July 12, 2006

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:

The defendant is to reside for a period of 12 months in a community corrections center and shall observe the rules of that facility.

The defendant is to complete five hours of community service each week at an agency approved by the probation officer.

The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer while the fine is unpaid.

The defendant is to provide the probation officer access to any requested financial information while the fine is unpaid.

The financial information provided to the probation officer by the defendant may be shared with the Financial Litigation Unit of the U.S. Attorney's Office while the fine is unpaid.

The defendant is not to engage in any tax preparation with the exception of preparing his own individual tax returns.

## CAUSE

The above noted special conditions were ordered at the defendant's sentencing but not listed on the original Judgement and Commitment Order. The Probation Department is requesting to modify the defendant's conditions of supervision to address this issue. The defendant has consented to these modifications as

exhibited by the attached Probation Form 49 (Waiver of Hearing to Modify Conditions).

Reviewed/Approved by:                                              Respectfully submitted,

_____                  By      _____
Jonathan E. Hurtig                                                 John G. Marshall
Supervising U.S. Probation Officer                                 U.S. Probation Officer
                                                                   Date: October 26, 2006

**THE COURT ORDERS**
[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[ ]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

11/1/06
_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modifications of my Conditions of Probation and Supervised Release:

Defendant is to reside for a period of 12 months in a community corrections center and shall observe the rules of that facility.

Defendant is to complete five hours of community service each week at an agency approved by the probation officer.

Defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer while the fine is unpaid.

Defendant is to provide the probation officer access to any requested financial information while the fine is unpaid.

The financial information provided to the Probation Officer by the defendant may be shared with the Financial Litigation Unit of the U.S. Attorney's Office while the fine is unpaid.

Defendant is not to engage in any tax preparation with th exception of preparing his own individual tax returns.

Witness: _____    Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

_____
DATE