# United States Court of Appeals
## For the First Circuit



No. 06-2216

# MANDATE

UNITED STATES OF AMERICA,

Appellant,

v.

TALMUS R. TAYLOR,

Defendant, Appellee.

**JUDGMENT**

Entered: August 17, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is vacated, and the case is remanded for resentencing consistent with the opinion issued this day.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: SEP 07 2007

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Patti B. Saris and Ms. Sarah A. Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Mr. Capin, Mr. Pineault, Ms. Chaitowitz, mr. MacDonald, Ms. Conrad, & Ms. Prevett.]