UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA                    )
                                            )
        v.                                  )   CRIMINAL NO. 05-10067-PBS
                                            )
TALMUS R. TAYLOR                            )
                                            )
        Defendant                           )
_____ )

**ASSENTED-TO MOTION TO CONTINUE RESENTENCING
HEARING FOR APPROXIMATELY FOUR WEEKS**

     The United States, with the assent of the defendant, Talmus R. Taylor, hereby moves the Court to continue the resentencing hearing in this case, which the Court has scheduled to be held on August 27, 2008, for approximately four weeks, to September 22, 2008 or thereafter. As grounds for this motion, the government states that undersigned counsel has longstanding family plans to be out of town from August 25 until September 2. Counsel for the parties have conferred with regard to their schedules in September and agree that the earliest date on which both counsel are available is September 22.

     Wherefore, the government respectfully requests that the resentencing hearing in this case be continued until September 22, 2008 or thereafter.

                                                       Respectfully submitted,

                                                       MICHAEL J. SULLIVAN
                                                       United States Attorney

            By:     /s/ John A. Capin
                                                       _____
                                                       JOHN A. CAPIN
                                                       Assistant U.S. Attorney
                                                       (617) 748-3264

CERTIFICATE OF SERVICE

      I, John A. Capin, Assistant U.S. Attorney, do hereby certify that I have, on July 23, 2008, caused a true and accurate copy of the foregoing to be served upon all counsel of record by filing the document with the Court electronically.

      /s/ John A. Capin

      JOHN A. CAPIN
      Assistant U.S. Attorney