# United States Court of Appeals
## For the First Circuit

No. 06-2216

UNITED STATES OF AMERICA,

Appellant,

v.

TALMUS R. TAYLOR,

Defendant, Appellee.

**JUDGMENT**

Entered: July 9, 2008

This cause came before the court on remand from the Supreme Court of the United States.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The matter is remanded to the district court for resentencing consistent with the opinion issued this day.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JUL 3 1 2008

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. Patti B. Saris, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Ms. Conrad, Mr. Capin, Ms. Prevett, Mr. Macdonald & Ms. Chaitowitz.